## KOEHNE, GUARDIAN, *v.* HATFIELD ELECTRIC COMPANY ET AL.

[No. 11,595.   Filed May 8, 1923.   Rehearing denied October 2, 1923.]

From Marion Superior Court (A16,548); *Theophilus J. Moll,* Judge.

Action between Ira Chase Koehne, as guardian of Richard T. Wakeman and the Hatfield Electric Company and others.   From the judgment rendered, the former appeals.   *Affirmed.*

*Ira Chase Koehne,* for appellant.
*Elmer E. Stevenson,* for appellees.

PER CURIAM.—Judgment affirmed.

---

## KOEHNE, GUARDIAN, *v.* HATFIELD ELECTRIC COMPANY ET AL.

[No. 11,624.   Filed May 8, 1923.   Rehearing denied October 2, 1923.]

From the Industrial Board of Indiana.

Proceeding for compensation under the Workmen's Compensation Act by Ira Chase Koehne, guardian, against the Hatfield Electric Company and others.   From the award by the Industrial Board, the applicant appeals.   *Affirmed.*

*Ira Chase Koehne,* for appellant.
*Elmer E. Stevenson,* for appellees.

PER CURIAM.—Judgment affirmed.

---

## HENRY *v.* INDIANAPOLIS MORRIS PLAN COMPANY.

[No. 11,815.   Filed October 25, 1923.]

From Marion Superior Court; *Sidney S. Miller,* Judge.

Action between William S. Henry and the Indianapolis Morris Plan Company.   From the judgment rendered, the former appeals.   *Appeal Dismissed.*

*Frank M. Liston,* for appellant.
*L. Roy Zapf,* for appellee.

PER CURIAM.—Appeal dismissed on authority of *Souers* v. *Walter* (1912), 178 Ind. 599, 99 N. E. 1002.